In the Matter of the Petition of the SOUTHFIELD BEACH RAILROAD COMPANY, Appellant, for the Condemnation of Certain Property.

ROBERT W. BARNES et al., Respondents.

*Matter of Southfield Beach R. R. Co.*, 145 App. Div. 938, affirmed.
(Argued October 6, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1911, which modified and affirmed as modified an order of Special Term confirming the report of commissioners in condemnation proceedings.

*Harold Russell Griffith, Adrian H. Larkin* and *Lewis H. Freedman* for appellant.

*John Brooks Leavitt* and *Stuart G. Gibboney* for respondents.

Order affirmed, with costs, on authority of *Philadelphia, R. & N. E. R. R. Co.* v. *Bowman* (23 App. Div. 170); no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent : VANN, J.